## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  08 CIV 5043                                    Purchased/Filed: June 2, 2008

STATE OF NEW YORK    UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT

---

Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B., Industry Advancement and Legal Services Funds and the Westchester Teamster Local        Plaintiff

against

Cortlandt Transportation Inc.                                                                 Defendant

---

STATE OF NEW YORK    SS.:
COUNTY OF ALBANY

         Jessica Miller         , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on      June 9, 2008     , at    2:00pm   , at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint with Rule 7.1

on

        Cortlandt Transportation Inc.        , the Defendant in this action, by delivering to and leaving with         Amy Lesch         , AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York,    2    true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of    40    dollars; That said service was made pursuant to Section   306 Business Corporation Law  .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age:   23     Approx. Wt:   160     Approx. Ht:   5'9"
Color of skin:  White    Hair color:  Blonde    Sex:  F    Other:

Sworn to before me on this

11th  day of         June, 2008

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0805522

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179